■ In the Matter of NICHOLAS A. COKELY, an Attorney, Respondent. COMMITTEE ON PROFESSIONAL STANDARDS, THIRD JUDICIAL DEPARTMENT, Petitioner.—Motion by petitioner for order suspending respondent from the practice of law indefinitely due to his incapacity to continue to practice law (22 NYCRR 806.10 [a]) granted, and respondent suspended immediately and until further order of this court. Mahoney, P. J., Weiss, Mikoll, Yesawich Jr., and Levine, JJ., concur.